# EXHIBIT B

# '795 Patent Claim Chart

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[pre]** A personal utility vehicle comprising: | The Teko Accused EVs are personal utility vehicles as shown in the photos below.<br><br><br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbo/<br><br><br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/<br><br><br><br>Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/ |

B-1

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[a]** a chassis having a motive source, | The Accused EVs include a chassis having a motive source as shown in the photos below.<br><br>Chassis<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbo/<br><br>Chassis<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/<br><br>Chassis<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/<br><br>**Compact Form. Full Power. Turbo.**<br><br>Turbo features a 2+2 seating configuration with two forward-facing and two rear-facing seats—ideal for efficient transport without compromising comfort. Powered by a 5 kW AC motor and a 51.2 V lithium battery, turbo delivers speeds of up to 19 mph and a driving range of up to 40 miles. With a 3.5-hour fast charging system, Turbo is built to move quickly and charge even faster.<br><br>Source: https://tekoev.com/vehicles/turbo/# |

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[b]** a steering mechanism, and | The Accused EVs include a steering mechanism as shown in the photos below.<br><br><br><br>steering mechanism<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbo/<br><br>steering mechanism<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/<br><br>steering mechanism<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/ |

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[c]** a plurality of wheels; | The Accused EVs include a plurality of wheels as shown in the photos below.<br><br><br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbo/<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/ |

B-4

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[d]** a platform supported by the chassis; and | The Accused EVs include a platform supported by the chassis as shown in the photo below. <br><br>  <br><br> Source: Teko EV Website, https://tekoev.com/vehicles/turbo/ <br><br> Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/ <br><br> Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/ |

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[e]** a seat having a seat bottom and a seat back, | The Accused EVs include a seat bottom and a seat back as shown in the photo below.<br><br><br><br>Seat back    Seat bottom<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/ |

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[f]** wherein the seat bottom is movable with respect to the seat back, from a first position in which the seat bottom cooperates with the seat back to define a seating area, | The Accused EVs include a seat bottom that is movable with respect to the seat back, from a first position in which the seat bottom cooperates with the seat back to define a seating area as shown in the photos below.  Seat back · Seat bottom cooperating with the seat back to define a seating area · Seat bottom is movable <br> Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/  **Versatile Fold-Down Cargo Platform** <br> Trophy Plus features a rear facing seat that flips down in seconds to create a flat, functional cargo platform, perfect for groceries, sports gear, or weekend luggage. Its sturdy, wide format design makes loading easy and secure, adding everyday versatility without sacrificing passenger comfort. <br> Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/ |

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[g]** to a second position where the seat bottom and the platform define a portion of a surface of a cargo bay, | The Accused EVs include a seat bottom that is movable with respect to the seat back to a second position where the seat bottom and the platform define a portion of a surface of a cargo bay as shown in the photos below.<br><br><br><br>Seat bottom and platform define a portion of a surface of a cargo bay<br><br>Seat bottom is movable<br><br>Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/<br><br><br><br>Source: Teko EV Website, https://tekoev.com/vehicles/turbolite/ |

| US 12,539,795 | Teko Accused EVs |
|---|---|
| **1[h]** wherein the platform includes a movable portion bounded by an outer fixed portion positioned around the movable portion. | The Accused EVs include a platform with a movable portion bounded by an outer fixed portion positioned around the movable portion as shown in the photo below.<br><br><br><br>Source: Teko EV Website, https://tekoev.com/vehicles/trophy-plus/; Photo of Teko EV Turbo purchased from Teko EV Authorized Dealer |

B-9