# EXHIBIT D

# '096 Patent Claim Chart

| US 9,371,096 | Teko EV Clamp |
|---|---|
| **11[pre]** A clamping device for use in a cargo bed having a plurality of protrusions forming a clamping device engagement interface adapted to align with the clamping device, comprising: | The preamble is not limiting, but to the extent it is the Teko EV Clamp is a clamping device for use in a cargo bed having a plurality of protrusions forming a clamping device engagement interface adapted to align with the clamping device as shown in the photos below.<br><br><br><br><br><br>Sources: Photos of device purchased from Teko EV Authorized Dealer |

D-1

| US 9,371,096 | Teko EV Clamp |
| --- | --- |
| **11[a]** a handle, a body, a clamping mechanism with a plurality of fingers, and a pull rod interconnecting the handle, body, and clamping mechanism; | The Teko EV Clamp comprises a handle, a body, a clamping mechanism with a plurality of fingers, and a pull rod interconnecting the handle, body, and clamping mechanism as shown in the photos below.  Source: Photos of device purchased from Teko EV Authorized Dealer |

| US 9,371,096 | Teko EV Clamp |
|---|---|
| **11[b]** wherein the clamping mechanism is sized and shaped to be inserted into the clamping device engagement interface, and once within the clamping device engagement interface, the handle actuated such that the plurality of fingers bears against the device engagement interface, | The clamping mechanism of the Teko EV Clamp is sized and shaped to be inserted into the clamping device engagement interface, and once within the clamping device engagement interface, the handle actuated such that the plurality of fingers bears against the device engagement interface as shown in the photos below.<br><br><br><br>Source: Photos of device purchased from Teko EV Authorized Dealer |

D-3

| US 9,371,096 | Teko EV Clamp |
|---|---|
| **11[c]** wherein the clamping mechanism further includes a back side and the plurality of fingers includes a first finger positioned above a second finger; | The clamping mechanism of the Teko EV Clamp includes a back side and the plurality of fingers includes a first finger positioned above a second finger as shown in the photos below.<br><br><br><br>Source: Photo of device purchased from Teko EV Authorized Dealer |

D-4

| US 9,371,096 | Teko EV Clamp |
|---|---|
| **11[c]** wherein the first finger comprises a first arm extending from the back side, a first leg substantially parallel to the back side extending from the first arm, and a first lip extending toward the back side from the first leg; | The first finger of the Teko EV Clamp comprises a first arm extending from the back side, a first leg substantially parallel to the back side extending from the first arm, and a first lip extending toward the back side from the first leg as shown in the photo below.<br><br><br><br>Source: Photo of device purchased from Teko EV Authorized Dealer |

D-5

| US 9,371,096 | Teko EV Clamp |
|---|---|
| **11[d]** wherein the second finger comprises a second arm extending from the back side, a second lip substantially parallel to the back side extending from the second arm; and | The second finger of the Teko EV Clamp comprises a second arm extending from the back side, a second lip substantially parallel to the back side extending from the second arm as shown in the photo below. back side<br>second lip<br>second finger<br>second arm<br><br>Source: Photo of device purchased from Teko EV Authorized Dealer |

D-6

| US 9,371,096 | Teko EV Clamp |
|---|---|
| **11[e]** wherein the first leg and the second lip are substantially coplanar. | The first leg and second lip of the Teko EV Clamp are substantially coplanar as shown in the photo below.<br><br><br><br>Source: Photo of device purchased from Teko EV Authorized Dealer |

D-7